JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMES MCGUIRE, an individual, <br><br> Plaintiff, <br><br> v. <br><br> GENERAL SUPPLY AND SERVICES, INC., a corporation; REXEL HOLDINGS USA CORP., a corporation; GEXPRO SERVICES, form unknown; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.: CV 17-2581-DMG (SSx) <br><br> **ORDER RE JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE [19]** |

Pursuant to the parties' stipulation, and good cause appearing, the Court ORDERS that the above-captioned action, and all claims alleged therein, are hereby dismissed in their entirety with prejudice. The parties shall bear their own costs and attorneys' fees. All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.

DATED: November 27, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE